UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Crim No.: 6:16-cr-00016-GFVT-16 |
| | ) | Civil No.: 6:18-cv-00223-GFVT |
| V. | ) | |
| | ) | **ORDER** |
| TRACY FLYNN LOPEZ, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

*** *** *** ***

This matter is before the Court on a Recommended Disposition filed by United States Magistrate Judge Edward B. Atkins. The Defendant, Tracy Flynn Lopez, filed a *pro se* motion to vacate her sentence pursuant to 28 U.S.C. § 2255. [R. 46.] Consistent with local practice, Judge Atkins reviewed the motion and prepared a Recommended Disposition. [R. 67.]

After considering the record, Judge Atkins determined that Ms. Lopez is not entitled to relief under 28 U.S.C. § 2255. Specifically, Judge Atkins found that Ms. Lopez's ineffective assistance of counsel claims are meritless because Lopez's motion fails to corroborate her allegations. *Id*. at 2. Judge Ingram found that Lopez could not show that her Fourth Amendment challenges would have been successful, regardless of her attorney's arguments and therefore, she could not show prejudice. *Id*. at 4. Also, Lopez's claim that there was not enough evidence to support her conviction may not be reviewed by the Court in a 28 U.S.C. § 2255 proceeding. *Id*. at 9. As to Lopez's claim that counsel failed to challenge the medical reports, Judge Atkins found that the but-for test in *Burrage v. United States*, 571 U.S. 204 (2014) is satisfied, and therefore Lopez's argument is without merit. *Id*. at 11. Lastly, as to Lopez's claim that counsel forced her to plead guilty, Judge Atkins concluded that the Court failed to find any support in the

record that renders her guilty plea involuntary. *Id*. at 15.

  Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections to the Report and Recommendation have been filed, and the time to do so has now expired. Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's recommendation. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Ms. Lopez's § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

  Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

  1. Magistrate Judge Edward B. Atkins's Report and Recommendation [**R. 67**] as to Defendant Tracy Flynn Lopez is **ADOPTED** and for the Opinion of the Court;

  2. Ms. Lopez's Petition for habeas corpus relief pursuant to § 2255 [**R. 46**] is **DENIED**;

  3. A Certificate of Appealability is **DENIED** as to all issues raised by the Defendant; and

  4. **JUDGMENT** in favor of the United States will be entered contemporaneously herewith.

  This the 30th day of April, 2020.

Gregory F. Van Tatenhove
United States District Judge

3